SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: SECOND DEPARTMENT
-----------------------------------------------------------------x

THE PEOPLE OF THE STATE OF NEW YORK,

NOTICE OF ENTRY

A.D. No. 2026-04108
Ind. No. 70004-2007

-against-

GILLIAN DOBBINS,

Defendant.
-----------------------------------------------------------------x

PLEASE TAKE NOTICE, that the within is a true copy of a Decision and Order of the Supreme Court of the State of New York, Appellate Division, Second Judicial Department, dated June 26, 2026, in the above-captioned action, filed in the office of the Clerk of the County Court of Nassau County, Mineola, New York.

Dated: Mineola, New York
June 29, 2026

Respectfully submitted,

ANNE T. DONNELLY
District Attorney, Nassau County
262 Old Country Road
Mineola, New York 11501
(516) 571-3800

TO: Nassau County Court Clerk
crosenzw@nycourts.gov

GILLIAN DOBBINS, DIN: 09-A-1877
*Defendant-Appellant*
Eastern NY Correctional Facility
30 Institution Road
P.O. Box 338
Napanoch, NY 12458-0338

# Supreme Court of the State of New York
# Appellate Division: Second Judicial Department

M314248
JR/

HELEN VOUTSINAS, J.

---

2026-04108

DECISION & ORDER ON APPLICATION

The People, etc., plaintiff,
v Gillian Dobbins, defendant.

(Ind. No. 70004/2007)

---

Application by the defendant pursuant to CPL 450.15 and 460.15 for a certificate granting leave to appeal to this Court from an order of the Supreme Court, Nassau County, dated March 30, 2026, which has been referred to me for determination.

Upon the papers filed in support of the application and the papers filed in opposition thereto, it is

ORDERED that the application is denied.

HELEN VOUTSINAS
Associate Justice

June 26, 2026

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

LYNN PACHON, being duly sworn, deposes and says that:

Deponent is not a party to the action and is over eighteen years of age.

On June 29, 2026, deponent served a copy of the within NOTICE OF ENTRY with DECISION & ORDER, upon the following person at his last known address:

GILLIAN DOBBINS, DIN: 09-A-1877
*Defendant-Appellant*
Eastern NY Correctional Facility
30 Institution Road
P.O. Box 338
Napanoch, NY 12458-0338

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

Lynn Pachon
LYNN PACHON

Sworn to before me this
29th day of June, 2026.

Karen A. Brooks
Notary Public

KAREN A. BROOKS
Notary Public, State of New York
No.01BR4914089
Qualified in Nassau County
Comission Expires March 14 20 30